# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157940(151)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN CORYELL KELSEY, II,
      Defendant-Appellant.
_____/

SC: 157940
COA: 329229
Ingham CC: 14-001380-FH

On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limitation is DENIED. The defendant-appellant shall file a substitute application for leave to appeal within 35 days of the date of this order limited to no more than 70 pages. Failure to timely file the substitute application may result in the administrative dismissal of this appeal under MCR 7.317(B).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2018



Clerk